**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6474**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID MARTIN HAMRICK, a/k/a The Old Man,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CR-92-67, CA-01-7-4)

─────────────

Submitted:  June 21, 2001                    Decided:  July 3, 2001

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

David Martin Hamrick, Appellant Pro Se.  Helen F. Fahey, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia; Timothy Richard Murphy, Special Assistant United States Attorney, Hampton, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Martin Hamrick appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] <u>United States v. Hamrick</u>, Nos. CR-92-67; CA-01-7-4 (E.D. Va. Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We recently held in <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Hamrick's <u>Apprendi</u> claim is not cognizable.